COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-12-00401-CR

Style:     Elmer Ray Robinson

**v** The State of Texas

Date motion filed[*]:     May 21, 2013

Type of motion:     Motion for order

Party filing motion:     Appellant, pro se

Document to be filed:     N/A

Is appeal accelerated? No

Ordered that motion is:

☐     Granted

If document is to be filed, document due:

☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐     Denied

☒     Dismissed (*e.g.*, want of jurisdiction, moot)

☐     Other: _____

**Appellant requests an order directing counsel, who has filed an *Anders* brief, to provide him with a copy of the record.  To expedite this appeal, we direct the Clerk of this Court to mail a copy of the appellate record to appellant, and we dismiss this motion as moot.**

Judge's signature:_____/s/ Harvey Brown_____

☒ Acting individually     ☐ Acting for the Court

Panel consists of_____

Date:  __May 23, 2013_____

November 7, 2008 Revision